IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 11-208 (SRC)
) Judge Stanley R. Chesler presiding
SIXING LIU )

## AGREED ORDER GRANTING THE RELEASE OF CERTAIN FUNDS PREVIOUSLY POSTED AS SECURITY FOR BOND FOR THE PURPOSE OF PAYMENT OF ATTORNEY FEES AND COSTS

Defendant, Sixing Liu ("Defendant"), by and through his attorney, James D. Tunick ("Counsel"), moves this Honorable Court for an order directing the Clerk of the United States District Court to release back to Defendant twenty five thousand dollars ($25,000), which was previously posted as security for bond, for the purpose of payment of attorney fees and costs, the United States of America, through Assistant United States Attorney L. Judson Welle, expressing no objection to this particular amendment to the conditions of bond, the Court being fully advised in the matter and for good and sufficient cause shown,

WHEREFORE on this 12 day of July, 2012

1. IT IS ORDERED, the Clerk of the United States District Court for the District of New Jersey is hereby ordered to release twenty five thousand dollars ($25,000) back to Sixing Liu 939 Waukegan Rd. Apartment 1B Deerfield, Il 60015. Defendant is required to transfer the twenty five thousand ($25,000) to counsel within seventy-two hours of receipt.

_____          _____
James D. Tunick                                           L. Judson Welle

SO ORDERED:

_____
United States District Court Judge Stanley R. Chesler